Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18−20803−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James G Hundley
   62 Forage Drive
   Mickleton, NJ 08056

Social Security No.:
   xxx−xx−6619

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           8/15/18
Time:           09:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 15, 2018
JAN: ld

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-20803-JNP
James G Hundley                                                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 2              Date Rcvd: Jun 15, 2018
                             Form ID: 132             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2018.
```
db            +James G Hundley,    62 Forage Drive,    Mickleton, NJ 08056-1342
517558912     +Affirm Inc,    650 California St Fl 12,    San Francisco, CA 94108-2716
517588171     +Angela Hundley,    62 Forage Drive,    Mickleton, NJ 08056-1342
517558164     +B-Safe,    109 Baltimore Ave,    Wilmington DE 19805-2554
517558915    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
517558914     +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
517558917    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:  Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007)
517558919     +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
517558920     +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
517558921     +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
517558922     +Midland Mtg/midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
517558923     +Patelco Credit Union,    5050 Hopyard Rd,    Pleasanton, CA 94588-3353
517589035     +Patelco Credit Union,    SHARINN&LIPSHIE, P.C.,    50 Charles Lindbergh Blvd, STE 604,
                Uniondale, NY 11553-3650
517588166      Perfect Touch Landscaping,    270 Jessup Rd,    West Deptford, NJ 08096
517581250     +Powers Kirn, LLC,    728 Marne Highway, Suite 200,    Moorestown, NJ 08057-3128
517588168    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court:  New Jersey Division of Taxation,    Collection Enf-Bankruptcy Unit,
                50 Barack St, 9th Floor,    P. O. Box 245,    Trenton, NJ 08695-0245)
517588169      State of New Jersey Attorney,    General,    25 Market Street,    P. O. Box 112,
                Trenton, NJ 08625-0112
517588162     +State of New Jersey Div of Taxation,    PO Box 1018,    Moorestown NJ 08057-0018
517558934     +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
517558935    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  US bank,    P. O. Box 2407,    EP-MN-L23R,    Minneapolis, MN 55402)
517558936     +USbank,    P. O. Box 560,    Portland, OR 97207
517588170     +Unites States Attorney General,    P.O. Box 683,    Washington, DC 20044-0683

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 15 2018 23:47:45     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 15 2018 23:47:39      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517588163     +E-mail/Text: g20956@att.com Jun 15 2018 23:48:12      ATT,    208 S. Akard St,
                Dallas TX 75202-4295
517568216      E-mail/Text: ally@ebn.phinsolutions.com Jun 15 2018 23:47:06      Ally Financial,
                PO Box 130424,   Roseville MN 55113-0004
517558913     +E-mail/Text: ally@ebn.phinsolutions.com Jun 15 2018 23:47:06      Ally Financial,
                200 Renaissance Ctr,    Detroit, MI 48243-1300
517573412     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 16 2018 00:01:20
                BMW Bank of North America,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
517558916      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 16 2018 00:01:15      Capital One,
                15000 Capital One Dr,    Richmond, VA 23238
517588161      E-mail/Text: cio.bncmail@irs.gov Jun 15 2018 23:47:14      Dept of Treasury IRS,
                Fresno CA 93888-0419
517558918     +E-mail/Text: mrdiscen@discover.com Jun 15 2018 23:47:07      Discover Fin Svcs Llc,
                Po Box 15316,   Wilmington, DE 19850-5316
517558924     +E-mail/Text: bknotifications@provident.com Jun 15 2018 23:48:32      Provident Funding Asso,
                1235 N Dutton Ave Ste E,    Santa Rosa, CA 95401-4666
517558925     +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2018 00:02:14      Syncb Home,    Po Box 965036,
                Orlando, FL 32896-5036
517558926     +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2018 00:02:13      Syncb/amazon,    Po Box 965015,
                Orlando, FL 32896-5015
517558927     +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2018 00:02:13      Syncb/amer Eagle Dc,
                Po Box 965005,    Orlando, FL 32896-5005
517558928     +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2018 00:00:08      Syncb/american Signatu,
                950 Forrer Blvd,    Kettering, OH 45420-1469
517558929     +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2018 00:02:13      Syncb/care Credit,
                950 Forrer Blvd,    Kettering, OH 45420-1469
517558930     +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2018 00:00:08      Syncb/lowes,    Po Box 965005,
                Orlando, FL 32896-5005
517558931     +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2018 00:01:08      Syncb/paypal Extras Mc,
                Po Box 965005,    Orlando, FL 32896-5005
517558932     +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2018 00:00:11      Syncb/pc Richard,    Po Box 965036,
                Orlando, FL 32896-5036
517558933     +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2018 00:02:12      Syncb/walmart Dc,    Po Box 965024,
                Orlando, FL 32896-5024
517565385     +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2018 00:01:08      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0312-1           User: admin                    Page 2 of 2                  Date Rcvd: Jun 15, 2018
                               Form ID: 132                   Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517558937        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 15 2018 23:47:03
                   Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
                                                                                             TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517588165*       +Barclays Bank Delaware,    PO Box 8803,    Wilmington DE 19899-8803
517588167*        Interal Reveneu Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2018 at the address(es) listed below:
```
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William A. Nash    on behalf of Debtor James G Hundley wnash@thenashlawfirm.com,
               areuter@thenashlawfirm.com;jcabaza@thenashlawfirm.com;nashwr66542@notify.bestcase.com
              William M.E. Powers, III    on behalf of Creditor   Provident Funding Associates, L.P.
               ecf@powerskirn.com
                                                                                             TOTAL: 5
```