**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
 0 Valuation of Security    0 Assumption of Executory Contract or Unexpired Lease    0 Lien Avoidance

**Last revised: December 1, 2017**

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:    James G. Hundley

Debtor(s)

Case No.:    18-20803
Judge:    Jerrold N. Poslusny

## CHAPTER 13 PLAN AND MOTIONS

■ Original    ☐ Modified/Notice Required    Date:    6/12/2018
■ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ■ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ■ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ■ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney    WAN    Initial Debtor:    JGH    Initial Co-Debtor

## Part 1: Payment and Length of Plan

a. The debtor shall pay **704.75 Monthly** to the Chapter 13 Trustee, starting on **June 1, 2018** for approximately **60** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ■ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ■ Sale of real property
  Description: **6926 Onyxbluff, Blacklick OH 43004**
  Proposed date for completion: **12/31/2019**

- ☐ Refinance of real property:
  Description:
  Proposed date for completion:

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion:

d. ■ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection         X NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---:|
| **William A. Nash, Esquire 036291995** | Attorney Fees | 3,060.00 |
| **Dept of Treasury- IRS** | Taxes and certain other debts | 18,055.81 |
| **State of New Jersey Div of Taxation** | Taxes and certain other debts | 2,000.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
   Check one:
   ■ None
   ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ■ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Midland Mtg/midfirst** | **6926 Onyxbluff Blacklick, OH 43004 Franklin County** | **3,360.00** | **0.00** | **3,360.00** | **1,689.00** |
| **Provident Funding Asso** | **62 Forage Drive Mickleton, NJ 08056 Gloucester County Owned Jointly with non-filing spouse** | **2,651.47** | **0.00** | **2,651.47** | **2,650.00** |
| **USbank** | **2014 Audi A-8 49,0000 miles Reposssessed by USBank on 4/4/18** | **8,928.00** | **0.00** | **8,928.00** | **1,116.00** |

### c. Secured claims excluded from 11 U.S.C. 506: ■ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ■ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

3

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ■ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ■ NONE

The following secured claims are unaffected by the Plan:

Creditor

**g. Secured Claims to be Paid in Full Through the Plan** ■ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|

## Part 5: Unsecured Claims     ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:
- ☐ Not less than $____ to be distributed *pro rata*
- ☐ Not less than ___ percent
- ■ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

## Part 6: Executory Contracts and Unexpired Leases     X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

## Part 7: Motions     X NONE

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form,** *Notice of Chapter 13 Plan Transmittal,* **within the time and in the manner set forth in D.N.J. LBR 3015-1.** *A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    a.  **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ■ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

    b.  **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ■ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

    c.  **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ■ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8:  Other Plan Provisions

    a.  **Vesting of Property of the Estate**
       ■  Upon Confirmation
       ☐  Upon Discharge

    b.  **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    c.  **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
      1)  Ch. 13 Standing Trustee Commissions
      2)  **Other Administrative Claims**
      3)  **Secured Claims**
      4)  **Lease Arrearages**
      5)  **Priority Claims**
      6)  **General Unsecured Claims**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

| Part 9: Modification | ☒ NONE |
|---|---|

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| | |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☐ No

**Part 10 : Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:
■ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

| Date | June 12, 2018 | /s/ William A. Nash, Esquire |
|---|---|---|
| | | **William A. Nash, Esquire 036291995** |
| | | Attorney for the Debtor |
| Date: | June 12, 2018 | /s/ James G. Hundley |
| | | **James G. Hundley** |
| | | Debtor |
| Date: | | |
| | | Joint Debtor |

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

| Date | June 12, 2018 | /s/ William A. Nash, Esquire |
|---|---|---|
| | | **William A. Nash, Esquire 036291995** |
| | | Attorney for the Debtor |

I certify under penalty of perjury that the above is true.

| Date: | June 12, 2018 | /s/ James G. Hundley |
|---|---|---|
| | | **James G. Hundley** |
| | | Debtor |
| Date: | | |
| | | Joint Debtor |

United States Bankruptcy Court
District of New Jersey

In re:
James G Hundley
    Debtor

Case No. 18-20803-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Jun 22, 2018
                   Form ID: pdf901     Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2018.

```
db             +James G Hundley,    62 Forage Drive,    Mickleton, NJ 08056-1342
517558912      +Affirm Inc,    650 California St Fl 12,    San Francisco, CA 94108-2716
517588171      +Angela Hundley,    62 Forage Drive,    Mickleton, NJ 08056-1342
517558164      +B-Safe,    109 Baltimore Ave,    Wilmington DE 19805-2554
517558915     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,     Po Box 982238,    El Paso, TX 79998)
517558914      +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
517558917     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Cbna,     50 Northwest Point Road,    Elk Grove Village, IL 60007)
517558919      +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
517558920      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
517558921      +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
517558922      +Midland Mtg/midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
517558923      +Patelco Credit Union,    5050 Hopyard Rd,    Pleasanton, CA 94588-3353
517589035      +Patelco Credit Union,    SHARINN&LIPSHIE, P.C.,    50 Charles Lindbergh Blvd, STE 604,
                 Uniondale, NY 11553-3650
517588166       Perfect Touch Landscaping,    270 Jessup Rd,    West Deptford, NJ 08096
517581250      +Powers Kirn, LLC,    728 Marne Highway, Suite 200,    Moorestown, NJ 08057-3128
517588168     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  New Jersey Division of Taxation,     Collection Enf-Bankruptcy Unit,
                 50 Barack St, 9th Floor,    P. O. Box 245,    Trenton, NJ 08695-0245)
517588169       State of New Jersey Attorney,    General,    25 Market Street,    P. O. Box 112,
                 Trenton, NJ 08625-0112
517588162      +State of New Jersey Div of Taxation,    PO Box 1018,    Moorestown NJ 08057-0018
517558934      +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
517558935     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:  US bank,     P. O. Box 2407,    EP-MN-L23R,    Minneapolis, MN 55402)
517558936      +USbank,    P. O. Box 560,    Portland, OR 97207
517588170      +Unites States Attorney General,    P.O. Box 683,    Washington, DC 20044-0683
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2018 23:38:24      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2018 23:38:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517588163      +E-mail/Text: g20956@att.com Jun 22 2018 23:38:49      ATT,    208 S. Akard St,
                 Dallas TX 75202-4295
517568216       E-mail/Text: ally@ebn.phinsolutions.com Jun 22 2018 23:37:54      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
517558913      +E-mail/Text: ally@ebn.phinsolutions.com Jun 22 2018 23:37:54      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
517573412      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 22 2018 23:47:44
                 BMW Bank of North America,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
517558916       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 22 2018 23:47:14      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
517588161       E-mail/Text: cio.bncmail@irs.gov Jun 22 2018 23:38:04      Dept of Treasury IRS,
                 Fresno CA 93888-0419
517558918      +E-mail/Text: mrdiscen@discover.com Jun 22 2018 23:37:55      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
517558924      +E-mail/Text: bknotifications@provident.com Jun 22 2018 23:39:05      Provident Funding Asso,
                 1235 N Dutton Ave Ste E,    Santa Rosa, CA 95401-4666
517558925      +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 23:34:00      Syncb Home,    Po Box 965036,
                 Orlando, FL 32896-5036
517558926      +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 23:34:01      Syncb/amazon,    Po Box 965015,
                 Orlando, FL 32896-5015
517558927      +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 23:34:01      Syncb/amer Eagle Dc,
                 Po Box 965005,    Orlando, FL 32896-5005
517558928      +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 23:34:38      Syncb/american Signatu,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
517558929      +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 23:34:38      Syncb/care Credit,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
517558930      +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 23:34:01      Syncb/lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
517558931      +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 23:34:01      Syncb/paypal Extras Mc,
                 Po Box 965005,    Orlando, FL 32896-5005
517558932      +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 23:35:18      Syncb/pc Richard,    Po Box 965036,
                 Orlando, FL 32896-5036
517558933      +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 23:35:18      Syncb/walmart Dc,    Po Box 965024,
                 Orlando, FL 32896-5024
517565385      +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 23:34:03      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Jun 22, 2018
                              Form ID: pdf901            Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517558937        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 22 2018 23:37:52
                  Verizon Wireless,   Po Box 650051,   Dallas, TX 75265-0051
                                                                                            TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517588165*       +Barclays Bank Delaware,    PO Box 8803,   Wilmington DE 19899-8803
517588167*        Interal Reveneu Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                            TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2018 at the address(es) listed below:
```
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William A. Nash    on behalf of Debtor James G Hundley wnash@thenashlawfirm.com,
               areuter@thenashlawfirm.com;jcabaza@thenashlawfirm.com;nashwr66542@notify.bestcase.com
              William M.E. Powers, III    on behalf of Creditor    Provident Funding Associates, L.P.
               ecf@powerskirn.com
                                                                                            TOTAL: 4
```