UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NASH LAW FIRM, LLC
WILLIAM A. NASH, ESQUIRE (WN3682)
1001 MELROSE AVENUE, SUITE A
BLACKWOOD, NJ 08012
TEL: (856) 228-2206
Attorneys for Debtor

**Order Filed on August 14, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:
JAMES G. HUNDLEY

| | |
|---|---|
| Case No.: | 18-20803-JNP |
| Chapter: | 13 |
| Hearing Date: | 7/17/2018 @ 10:00AM |
| Judge: | Jerrold N. Poslusny, Jr. |

# ORDER GRANTING DEBTOR'S MOTION DIRECTING U.S. BANK TO TURN OVER PROPERTY OF THE ESTATE

The relief set forth on the following pages, numbered two (2) through 2 is **ORDERED**.

**DATED: August 14, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having reviewed the movant's Motion seeking an Order directing U.S. Bank to turn over Property of the Estate, consisting of a 2014 Audi A8L bearing VIN WAUR2AF02EN002325, to the Debtor, and any related responses or objections, it is hereby

ORDERED that:

1. U.S. Bank shall within seven days of the date of this Order, turn over to the Debtor the 2014 Audi A8L bearing VIN WAUR2AF02EN002325.
2. Debtor's counsel shall file an application for counsel fees within 30 days of this Order.