UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NASH LAW FIRM, LLC
WILLIAM A. NASH, ESQUIRE (WN3682)
1001 MELROSE AVENUE, SUITE A
BLACKWOOD, NJ 08012
TEL: (856) 228-2206
Attorneys for Debtor

Order Filed on August 14, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:
JAMES G. HUNDLEY

| | |
|---|---|
| Case No.: | 18-20803-JNP |
| Chapter: | 13 |
| Hearing Date: | 7/17/2018 @ 10:00AM |
| Judge: | Jerrold N. Poslusny, Jr. |

**ORDER GRANTING DEBTOR'S MOTION DIRECTING U.S. BANK TO TURN OVER PROPERTY OF THE ESTATE**

The relief set forth on the following pages, numbered two (2) through 2 is **ORDERED**.

**DATED: August 14, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having reviewed the movant's Motion seeking an Order directing U.S. Bank to turn over Property of the Estate, consisting of a 2014 Audi A8L bearing VIN WAUR2AF02EN002325, to the Debtor, and any related responses or objections, it is hereby

ORDERED that:

1. U.S. Bank shall within seven days of the date of this Order, turn over to the Debtor the 2014 Audi A8L bearing VIN WAUR2AF02EN002325.
2. Debtor's counsel shall file an application for counsel fees within 30 days of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-20803-JNP
James G Hundley                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Aug 14, 2018
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2018.
db           +James G Hundley,    62 Forage Drive,    Mickleton, NJ 08056-1342
aty          +Matthew A. Luber,    McOmber & McOmber, PC,   30 South Maple Avenue,    Suite 201,
               Marlton, NJ 08053-2002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2018 at the address(es) listed below:
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William A. Nash    on behalf of Debtor James G Hundley wnash@thenashlawfirm.com,
               areuter@thenashlawfirm.com;jcabaza@thenashlawfirm.com;nashwr66542@notify.bestcase.com
              William M. E. Powers, III    on behalf of Creditor    Provident Funding Associates, L.P.
               ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Provident Funding Associates, L.P.
               ecf@powerskirn.com
                                                                                             TOTAL: 7