UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
2018-0859

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on February 1, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

James G. Hundley

Case No.: 18-20803-JNP

Hearing Date: 01/08/2019

Judge: Honorable Jerrold N. Poslusny, Jr.

Chapter: 13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: February 1, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor: James G. Hundley
Case No.: 18-20803-JNP
Caption of Order:    ORDER CURING ARREARS AND PROVIDING
FOR FURTHER DEFAULT

Upon the motion of Powers Kirn, LLC, Attorney for Provident Funding Associates, L.P., debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor(s) shall commence curing post petition arrears through January 1, 2019, in the sum of $13,553.49 which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 5 | Payments @ | $2,503.95 | (09/01/2018 - 01/01/2019) | = | $12,519.75 |
| | Post-petition Mortgage fees, Expenses, and Charges filed 10/26/2018 | | | = | $1,175.00 |
| | Less suspense | | | = | $-141.26 |
| | Arrears to Cure: | | | = | $13,553.49 |

2. Debtor(s) shall make an immediate payment of $2,503.95 towards the arrears set forth above.

3. Debtor(s) shall commence curing the balance of post-petition arrears by making payment of $1,841.59 in addition to debtor's regular monthly mortgage payment starting February 1, 2019, through July 1, 2019.

4. The mortgagee is awarded a counsel fee and costs of $531.00 on this application, which sum shall be collected and disbursed by the standing trustee in addition to the mortgagee's claim.

5. If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the

**Page 3**
Debtor: James G. Hundley
Case No.: 18-20803-JNP

Caption of Order:     ORDER CURING ARREARS AND PROVIDING
FOR FURTHER DEFAULT

Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's Attorney.

6. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.