UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
2018-0859

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on February 1, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

James G. Hundley

Case No.: 18-20803-JNP

Hearing Date: 01/08/2019

Judge: Honorable Jerrold N. Poslusny, Jr.

Chapter: 13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

DATED: February 1, 2019

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case 18-20803-JNP    Doc 54    Filed 02/03/19    Entered 02/04/19 01:12:01    Desc Imaged
                               Certificate of Notice    Page 2 of 4

Page 2
Debtor: James G. Hundley
Case No.: 18-20803-JNP
Caption of Order:        ORDER CURING ARREARS AND PROVIDING
                         FOR FURTHER DEFAULT

Upon the motion of Powers Kirn, LLC, Attorney for Provident Funding Associates, L.P., debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor(s) shall commence curing post petition arrears through January 1, 2019, in the sum of $13,553.49 which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 5 | Payments @ | $2,503.95 | (09/01/2018 - 01/01/2019) | = | $12,519.75 |
| | Post-petition Mortgage fees, Expenses, and Charges filed 10/26/2018 | | | = | $1,175.00 |
| | Less suspense | | | = | $-141.26 |
| | Arrears to Cure: | | | = | $13,553.49 |

2. Debtor(s) shall make an immediate payment of $2,503.95 towards the arrears set forth above.

3. Debtor(s) shall commence curing the balance of post-petition arrears by making payment of $1,841.59 in addition to debtor's regular monthly mortgage payment starting February 1, 2019, through July 1, 2019.

4. The mortgagee is awarded a counsel fee and costs of $531.00 on this application, which sum shall be collected and disbursed by the standing trustee in addition to the mortgagee's claim.

5. If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the

**Page 3**
Debtor: James G. Hundley
Case No.: 18-20803-JNP
Caption of Order:                ORDER CURING ARREARS AND PROVIDING
                                        FOR FURTHER DEFAULT

Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's Attorney.

    6.    The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
James G Hundley  
    Debtor

Case No. 18-20803-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 01, 2019  
                Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2019.
```
db          +James G Hundley,    62 Forage Drive,    Mickleton, NJ 08056-1342
aty         +Matthew A. Luber,    McOmber & McOmber, PC,    30 South Maple Avenue,    Suite 201,
              Marlton, NJ 08053-2002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2019                                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin M. Buttery    on behalf of Creditor    US Bank National Association bkyefile@rasflaw.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William A. Nash    on behalf of Debtor James G Hundley wnash@thenashlawfirm.com,
               areuter@thenashlawfirm.com;jcabaza@thenashlawfirm.com;nashwr66542@notify.bestcase.com
              William M. E. Powers, III    on behalf of Creditor    Provident Funding Associates, L.P.
               ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Provident Funding Associates, L.P.
               ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Provident Funding Associates, L.P.
               ecf@powerskirn.com
                                                                                              TOTAL: 10
```