**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  18−20803−JNP
        Chapter:  13
        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James G Hundley
   62 Forage Drive
   Mickleton, NJ 08056

Social Security No.:
   xxx−xx−6619

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/22/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 24, 2019
JAN: kvr

                                                Jeanne Naughton
                                                Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 18-20803-JNP
James G Hundley                                                 Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                  Page 1 of 3                  Date Rcvd: Mar 25, 2019
                               Form ID: 148                 Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2019.
db             +James G Hundley,    62 Forage Drive,    Mickleton, NJ 08056-1342
aty            +Matthew A. Luber,    McOmber & McOmber, PC,    30 South Maple Avenue,    Suite 201,
                 Marlton, NJ 08053-2002
r              +Tim Rice,   HER Realtors,    4261 Morse Road,    Columbus, OH 43230-1522
517558912      +Affirm Inc,   650 California St Fl 12,    San Francisco, CA 94108-2716
517588171      +Angela Hundley,    62 Forage Drive,    Mickleton, NJ 08056-1342
517588164      +B-Safe,   109 Baltimore Ave,    Wilmington DE 19805-2554
517654553      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517558917     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007)
517660587      Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
517669392      Emergency Care Services of NJ, P.A.,    PO Box 1123,    Minneapolis MN 55440-1123
517688932     +MidFirst Bank,   999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517558922     +Midland Mtg/midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
517558923     +Patelco Credit Union,    5050 Hopyard Rd,    Pleasanton, CA 94588-3353
517589035     +Patelco Credit Union,    SHARINN&LIPSHIE, P.C.,    50 Charles Lindbergh Blvd, STE 604,
                 Uniondale, NY 11553-3650
517588166      Perfect Touch Landscaping,    270 Jessup Rd,    West Deptford, NJ 08096
517581250     +Powers Kirn, LLC,    728 Marne Highway, Suite 200,    Moorestown, NJ 08057-3128
517588168    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: New Jersey Division of Taxation,    Collection Enf-Bankruptcy Unit,
                 50 Barack St, 9th Floor,   P. O. Box 245,    Trenton, NJ 08695-0245)
517588169      State of New Jersey Attorney,    General,   25 Market Street,    P. O. Box 112,
                 Trenton, NJ 08625-0112
517588162     +State of New Jersey Div of Taxation,    PO Box 1018,    Moorestown NJ 08057-0018
517718430     +US Bank National Association,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517558936     +USbank,   P. O. Box 560,    Portland, OR 97207
517588170     +Unites States Attorney General,    P.O. Box 683,    Washington, DC 20044-0683

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 26 2019 00:12:31      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 26 2019 00:12:27      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517588163      +EDI: CINGMIDLAND.COM Mar 26 2019 03:48:00      ATT,   208 S. Akard St,   Dallas TX 75202-4295
517568216       EDI: GMACFS.COM Mar 26 2019 03:48:00      Ally Financial,   PO Box 130424,
                 Roseville MN 55113-0004
517558913      +EDI: GMACFS.COM Mar 26 2019 03:48:00      Ally Financial,   200 Renaissance Ctr,
                 Detroit, MI 48243-1300
517558915       EDI: BANKAMER.COM Mar 26 2019 03:48:00      Bk Of Amer,   Po Box 982238,   El Paso, TX 79998
517573412      +EDI: AISACG.COM Mar 26 2019 03:48:00      BMW Bank of North America,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517558914      +EDI: TSYS2.COM Mar 26 2019 03:48:00      Barclays Bank Delaware,   Po Box 8803,
                 Wilmington, DE 19899-8803
517558916       EDI: CAPITALONE.COM Mar 26 2019 03:48:00      Capital One,   15000 Capital One Dr,
                 Richmond, VA 23238
517671021       EDI: CAPITALONE.COM Mar 26 2019 03:48:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC 28272-1083
517588161       EDI: IRS.COM Mar 26 2019 03:48:00      Dept of Treasury IRS,   Fresno CA 93888-0419
517671601      +EDI: AIS.COM Mar 26 2019 03:48:00      Directv, LLC,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517558918      +EDI: DISCOVER.COM Mar 26 2019 03:48:00      Discover Fin Svcs Llc,   Po Box 15316,
                 Wilmington, DE 19850-5316
517558919       EDI: TSYS2.COM Mar 26 2019 03:48:00      Dsnb Macys,   Po Box 8218,   Mason, OH 45040-8218
517558920      +EDI: AMINFOFP.COM Mar 26 2019 03:48:00      First Premier Bank,   3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
517558921      +EDI: IIC9.COM Mar 26 2019 03:48:00      I C System Inc,   Po Box 64378,
                 Saint Paul, MN 55164-0378
517687864       EDI: PRA.COM Mar 26 2019 03:48:00      Portfolio Recovery Associates, LLC,
                 c/o American Signature Furniture,    POB 41067,   Norfolk VA 23541
517687833       EDI: PRA.COM Mar 26 2019 03:48:00      Portfolio Recovery Associates, LLC,    c/o Care Credit,
                 POB 41067,   Norfolk VA 23541
517689467       EDI: PRA.COM Mar 26 2019 03:48:00      Portfolio Recovery Associates, LLC,    c/o Pc Richard,
                 POB 41067,   Norfolk VA 23541
517678744      +EDI: JEFFERSONCAP.COM Mar 26 2019 03:48:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
517558924      +EDI: PFAL Mar 26 2019 03:48:00      Provident Funding Asso,   1235 N Dutton Ave Ste E,
                 Santa Rosa, CA 95401-4666
517680631      +EDI: PFAL Mar 26 2019 03:48:00      Provident Funding Associates, L.P.,
                 1235 North Dutton Ave., Ste E,    Santa Rosa, CA 95401-4666
```

```
District/off: 0312-1            User: admin              Page 2 of 3                Date Rcvd: Mar 25, 2019
                                Form ID: 148             Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
517558925     +EDI: RMSC.COM Mar 26 2019 03:48:00      Syncb Home,   Po Box 965036,   Orlando, FL 32896-5036
517558926     +EDI: RMSC.COM Mar 26 2019 03:48:00      Syncb/amazon,   Po Box 965015,   Orlando, FL 32896-5015
517558927     +EDI: RMSC.COM Mar 26 2019 03:48:00      Syncb/amer Eagle Dc,   Po Box 965005,
               Orlando, FL 32896-5005
517558928     +EDI: RMSC.COM Mar 26 2019 03:48:00      Syncb/american Signatu,    950 Forrer Blvd,
               Kettering, OH 45420-1469
517558929     +EDI: RMSC.COM Mar 26 2019 03:48:00      Syncb/care Credit,    950 Forrer Blvd,
               Kettering, OH 45420-1469
517558930     +EDI: RMSC.COM Mar 26 2019 03:48:00      Syncb/lowes,   Po Box 965005,   Orlando, FL 32896-5005
517558931     +EDI: RMSC.COM Mar 26 2019 03:48:00      Syncb/paypal Extras Mc,   Po Box 965005,
               Orlando, FL 32896-5005
517558932     +EDI: RMSC.COM Mar 26 2019 03:48:00      Syncb/pc Richard,   Po Box 965036,
               Orlando, FL 32896-5036
517558933     +EDI: RMSC.COM Mar 26 2019 03:48:00      Syncb/walmart Dc,   Po Box 965024,
               Orlando, FL 32896-5024
517565385     +EDI: RMSC.COM Mar 26 2019 03:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517687582     +E-mail/Text: bncmail@w-legal.com Mar 26 2019 00:12:44       TD Bank USA, N.A.,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517558934     +EDI: WTRRNBANK.COM Mar 26 2019 03:48:00       Td Bank Usa/targetcred,   Po Box 673,
               Minneapolis, MN 55440-0673
517649492      EDI: USBANKARS.COM Mar 26 2019 03:48:00      U.S. Bank National Association,
               Bankruptcy Department,    PO Box 5229,   Cincinnati, Ohio 45201-5229
517558935      EDI: USBANKARS.COM Mar 26 2019 03:48:00      US bank,    P. O. Box 2407,   EP-MN-L23R,
               Minneapolis, MN 55402
517667543     +EDI: AIS.COM Mar 26 2019 03:48:00      Verizon,    by American InfoSource LP as agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517558937     +EDI: VERIZONCOMB.COM Mar 26 2019 03:48:00       Verizon Wireless,   Po Box 650051,
               Dallas, TX 75265-0051
517684714      EDI: ECAST.COM Mar 26 2019 03:48:00      eCAST Settlement Corporation,    PO Box 29262,
               New York NY 10087-9262
                                                                                               TOTAL: 39

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +US Bank National Association,    Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Ave, Suite 100,    Boca Raton, FL 33487-2853
517588165*   +Barclays Bank Delaware,    PO Box 8803,   Wilmington DE 19899-8803
517588167*    Interal Reveneu Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Kevin M. Buttery    on behalf of Creditor    US Bank National Association bkyefile@rasflaw.com
          Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William A. Nash    on behalf of Debtor James G Hundley wnash@thenashlawfirm.com,
           areuter@thenashlawfirm.com;jcabaza@thenashlawfirm.com;nashwr66542@notify.bestcase.com
```

```
District/off: 0312-1          User: admin              Page 3 of 3            Date Rcvd: Mar 25, 2019
                              Form ID: 148             Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         William M. E. Powers, III   on behalf of Creditor   Provident Funding Associates, L.P. ecf@powerskirn.com
         William M.E. Powers   on behalf of Creditor   Provident Funding Associates, L.P. ecf@powerskirn.com
         William M.E. Powers, III   on behalf of Creditor   Provident Funding Associates, L.P. ecf@powerskirn.com

                                                                                                       TOTAL: 10